COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In the Commitment of Daniel Hernandez Guzman

Appellate case number:    01-19-00045-CV

Trial court case number:  18-CV-0224

Trial court:                       10th District Court

     Appellant filed an affidavit of inability to pay costs in the trial court. The appellate record does not indicate that the trial court overruled the party's claim of indigence. *See* TEX. R. APP. 20.1(b)(1). Appellant's notice of appeal also includes his affidavit of inability to afford costs. We construe appellant's filing as his communication that he is presumed indigent. *See* TEX. R. APP. 20.1(b)(2). Appellant may therefore proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

     The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

     The trial court clerk is **ORDERED** to provide a complete copy of the clerk's record and the reporter's record to appellant without charge. *See* TEX. R. CIV. P. 145.

Judge's signature: _____/s/ Chief Justice Sherry Radack_____
                   ☒ Acting individually     ☐ Acting for the Court

Date: __March 19, 2019__